■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v YAMANI RAVENELL, Appellant. [989 NYS2d 917]—Appeal by the defendant from a resentence of the Supreme Court, Kings County (Brennan, J.), imposed January 26, 2012, upon his conviction of robbery in the first degree (three counts), upon a jury verdict, the resentence being a period of postrelease supervision in addition to the determinate term of imprisonment previously imposed by the same court (Kreindler, J.), on January 4, 2001.

Ordered that the resentence is affirmed.

Contrary to the defendant's contentions, his resentencing to a term that included the statutorily required period of postrelease supervision did not subject him to double jeopardy or violate his right to due process of law, since, at the time he was resentenced, he had not yet completed the sentence of imprisonment originally imposed upon him (*see People v Brinson*, 21 NY3d 490, 492-495 [2013]; *People v Lingle*, 16 NY3d 621, 630 [2011]; *People v Rogers*, 108 AD3d 683, 684 [2013]; *People v Marhone*, 107 AD3d 743, 743-744 [2013]). Skelos, J.P., Hall, Duffy and Barros, JJ., concur.